```
___ FILED            ___ RECEIVED
___ ENTERED          ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

           MAR 2 2 2011

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIO A. AMARILLA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS,<br><br>　　　　Defendant. | 3:10-cv-00523-RCJ-RAM<br><br>**ORDER** |

This is a *pro se* prisoner civil rights complaint pursuant to 42 U.S.C. § 1983. By order filed March 21, 2011, the Court determined that plaintiff's due process claim against defendant Brian Williams shall proceed. (ECF No. 9). Defendant Williams was directed to file an answer or other response to the complaint "within thirty (30) days following the date of early inmate mediation." (ECF No. 9, at p. 6). Inmate early mediation has been temporarily halted, and as such, the language regarding mediation in this Court's order of March 21, 2011, will be vacated, as indicated below.

**IT IS THEREFORE ORDERED** that all reference to mediation in the order of March 21, 2011 (ECF No. 9) is **VACATED.**

**IT IS FURTHER ORDERED** that defendant **SHALL FILE AND SERVE AN ANSWER OR OTHER RESPONSE** to the complaint within **thirty (30) days** of the issuance of this order.

DATED: March 22, 2011.

_____
UNITED STATES MAGISTRATE JUDGE