AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

JULIO A. AMARILLA,

      Plaintiff,

V.

STATE OF NEVADA, ET AL,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:10-CV-00523-RCJ-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the motion to dismiss [14] is GRANTED.

March 14, 2012  
Date

**LANCE S. WILSON**  
Clerk

/s/  M. Campbell  
Deputy Clerk