AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

JULIO A. AMARILLA,

       Plaintiff,                  JUDGMENT IN A CIVIL CASE

V.

                                CASE NUMBER: 3:10-CV-00523-RCJ-WGC

STATE OF NEVADA, ET AL,

       Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the motion to dismiss [14] is GRANTED.

March 14,  2012                                      **LANCE S. WILSON**
Date                                                            Clerk

                                                             /s/   M. Campbell
                                                                  Deputy Clerk